FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 2 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER SACR 13-168 |
|---|---|
| v. Silva, Kimberly DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _Thursday_, _9/26/13_, at _10:00_ ☒ a.m. / ☐ p.m. before the Honorable _Robert N Block_, in Courtroom _6B_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _9/24/13_

_____
U.S. District Judge/Magistrate Judge   ROBERT N. BLOCK

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                               Page 1 of 1